1  James A. Stankowski (State Bar No. 106367)
   Marc V. Allaria (State Bar No. 168960)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
4  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
5  James.Stankowski@wilsonelser.com
   Marc.Allaria@wilsonelser.com
6

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

MAY 2 1 2008

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7  Attorneys for Defendants,
   EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
8

MAY 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9            UNITED STATES DISTRICT COURT
                                              BY_____ DEPUTY CLERK
10           EASTERN DISTRICT OF CALIFORNIA

11

12  PARVIN PANCHAL, M.D.,                     )  Case No.: 1:08-CV-00707-AWI-DLB
                                              )
13                                            )
                                              )
14                              Plaintiff,    )  DECLARATION OF MARC V.
                                              )  ALLARIA IN SUPPORT OF
15                                            )  NOTICE OF REMOVAL OF CIVIL
    v.                                        )  ACTION TO UNITED STATES
                                              )  DISTRICT COURT BY
16  EDUCATIONAL COMMISSION FOR )  DEFENDANT/RESPONDENT
    FOREIGN MEDICAL GRADUATES                 )
17                                            )  Case Filing Date: January 15, 2008
                                Defendants.   )  Trial Date:       None Set
18                                            )
                                              )
19

20  TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

21  CALIFORNIA AND TO PLAINTIFF/PETITIONER AND HIS ATTORNEYS OF RECORD:

22       I, Marc V. Allaria, declare:

23       1.     I am an attorney duly admitted to practice in the State of California

24  and before the District Court of the Eastern District of California. I am an

25  associate at the law firm of Wilson Elser, counsel in this action for knowledge of

26  the facts set forth in this declaration, and I could and would testify competently

27

28
                                            1

1  thereto if called upon to do so.

2      3.    I submit this Declaration in support of the Notice of Removal of Civil
3  Action to United States District Court by Defendant/Respondent ("Notice of
4  Removal") of an action filed in Superior Court of the State of California for the
5  County of Sacramento, Case No. 34-2008-00001156-CU-WM-GDS (the "State
6  Court Action").

7      4.    On or about January 15, 2008, Petitioner/Plaintiff Pravin Panchal,
8  M.D., an individual domiciled in California, commenced this action by filing a
9  Petition for Writ of Mandate combined with a Complaint in the Superior Court of
10  the State of California, County of Sacramento, entitled *Pravin Panchal, M.D. v.*
11  *Educational Commission for Foreign Medical Graduates*, Case No. 34-2008-
12  00001156-CU-WM-GDS, alleging the following causes of action: (1) Petition for
13  Writ of Mandate (C.C.P. § 1085), (2) Petition for Writ of Administrative
14  Mandamus (C.C.P. § 1094.5), (3) Cause for Breach of Contract, (4) Cause for
15  Injunctive Relief, (5) Cause for Interference with Prospective Economic
16  Advantage (hereinafter "Petition for Writ of Mandate/Complaint"). In accordance
17  with 28 U.S.C. § 1446(a), a true and correct copy of the Petition for Writ of
18  Mandate/Complaint filed in the State Court Action is attached as Exhibit "1" to the
19  Notice of Removal, concurrently filed herewith. Petitioner also filed a Notice of
20  Change of Address in the State Court Action, a true and correct copy of which is
21  attached as Exhibit "2" to the Notice of Removal.

22      5.    On or about April 16, 2008, petitioner/plaintiff served ECFMG by
23  certified mail with the Petition for Writ of Mandate/Complaint and the Notice of
24  Change of Address.

25      6.    On April 22, 2008, ECFMG received the Petition for Writ of
26  Mandate/Complaint and the Notice of Change of Address.

27

28

DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT
COURT BY DEFENDANT/RESPONDENT

660253.1

1        7.     Thus, this Notice of Removal is being timely filed, pursuant to 28

2  U.S.C. § 1446(b), within 30 days of ECFMG's receipt of the Petition for Writ of

3  Mandate/Complaint, which was the initial pleading filed in the State Court Action.

4        8.     The Petition for Writ of Mandate/Complaint and the Notice of Change

5  of Address constitute all process, pleadings, and orders received or sent by

6  ECFMG in this case.  No proceedings have been conducted in the Superior Court

7  of the State of California in connection with the State Court Action.

8        9.     There are no other named parties to this action, at this time.

9        I declare under penalty of perjury under the laws of the United States of

10  America and the State of California that the foregoing is true and correct, and that

11  this declaration was executed on this 20th day of May 2008, at Los Angeles,

12  California.

13

14                            Marc V. Allaria, Esq.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660253.1

1

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

2

3         I am employed in the County of Los Angeles, State of California, by
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the
age of 18 and not a party to the within action.  My business address is 555 South

4     Flower Street, Suite 2900, Los Angeles, California 90071.

5         On May 2 , 2008 I caused the foregoing document described as
DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF

6     REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BY
DEFENDANT/RESPONDENT on all interested parties, through their respective

7     attorneys of record in this action, by placing a true copy thereof enclosed in a
sealed envelope addressed as follows:

8

| Douglas B. Schwab, Esq. | *Attorneys for Plaintiff* |
|---|---|
| LAW OFFICES OF DOUGLAS B. SCHWAB | |
| 23622 Calabasas Road, Suite 147 | *Fax:*   (818) 225-9902 |
| Calabasas, CA  91302 | **Phone:**  (818) 225-9900 |

9

10

11

12        XX   (by MAIL) I caused such envelope(s), fully prepaid, to be placed in
the United States Mail at Los Angeles, California. I am "readily familiar" with the

13     firm's practice of collection and processing correspondence or mailing. Under that
practice, it would be deposited with U.S. postal service on that same day with

14     postage thereon fully prepaid at Los Angeles, California in the ordinary course of

15     business.  I am aware that on motion of the party served, service is presumed
invalid if postal cancellation date or postage meter date is more than one day after

16     date of deposit for mailing in affidavit.

17        ___  (by UPS-Next Day Air) I deposited a copy of such document in a box
or other facility regularly maintained by UPS, airbill number as indicated, in

18     envelope designated by UPS with delivery fees provided.

19        ___  (by HAND DELIVERY/PERSONAL SERVICE)  I caused said
document(s) to be personally delivered by a courier/attorney service to the

20     addressee above.

21        ___  (by FACSIMILE)  I caused such document to be telephonically
transmitted to the offices of the addressee noted above.

22

23     JURISDICTION
   XX  (Federal) I declare under penalty of perjury under the laws of the State

24     of California that the above is true and correct.

25         Executed on this May 2/ , 2008, at Los Angeles, California.

26

27     Irene Guzman-Buelna

28

4

DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT
COURT BY DEFENDANT/RESPONDENT

660253.1