**UNITED STATES DISTRICT COURT**
Eastern District of California
Office of the Clerk
501 I Street
Suite 4-200
Sacramento, California 95814
916/930-4000

**Victoria C. Minor, Clerk**

REPLY TO:
Divisional Office
2500 Tulare Street, Room 1501
Fresno, California 93721
559/499-5600

# NOTICE OF NONCOMPLIANCE WITH ELECTRONIC FILING REQUIREMENT

### ELECTRONIC FILING DISTRICT

On **January 3, 2005,** the United States District Court for the Eastern District of California became an electronic case management/filing district (CM/ECF). **If you have not already done so, you must register immediately for CM/ECF** on-line at www.caed.uscourts.gov. Once registered, you will receive your login and password in approximately 1-2 days. You must be registered to file documents on-line. See L.R. 5-135(g). **Unless excused by the Court or by Local Rule, all attorneys must file all documents electronically in all actions pending before the court**.

### HANDLING OF IMPROPERLY FILED PAPER DOCUMENTS

While the Clerk's Office will not refuse to file a proffered paper document, it will scan it, and if improperly filed, will notify the Court that the document was filed in an improper format. An order to show cause (OSC) may be issued in appropriate cases regarding an attorney's disregard for the requirement to utilize electronic filing or other violations of these electronic filing procedures. See L.R. 11-110, L.R. 5-133(d)(3).

### IMPORTANT NOTICE TO ATTORNEYS

You are responsible for knowing the rules governing electronic filing in the Eastern District. Please review the Court's Local Rules Effective January 3, 2005, available on the Court's web site. More information regarding CM/ECF can be found on the court's web site at www.caed.uscourts.gov, including the Court's Amended Local Rules effective January 3, 2005, the Court's CM/ECF Final Procedures and the Court's CM/ECF User's Manual.